| | |
|---|---|
| **From:** | Tim Beall |
| **To:** | Plourde, Rachel |
| **Subject:** | Re: Everett J. Prescott, Inc./Beall, Timothy |
| **Date:** | Thursday, February 27, 2025 8:00:21 PM |
| **Attachments:** | image001.png |
| | image002.png |

**[EXTERNAL E-MAIL]**

I've never in my life and all my research stumbled upon a time (prolly first in recorded history) where a female employee feels so unsafe at her workplace that she reaches out to her ex (whom she had no intent of ever speaking to again) to get in contact with her boss to stop harassing her. This same boss whom (I have documentation to PROVE) bought her a car, went out and bought the brother cat of the cat she just got and brings it in twice a week for play dates! THEN this little rat fuck James Peterson has to get a restraining order in the guy (because the guys prolly trying to save his ex girlfriend for serious abuse and torture) and this little weasel fires someone cus of his fear of being exposed, then when that person reaches out to HR (in a calm manner mind you) saying "I feel I was wrongfully terminated and was planning to call you guys in 30 min when you got to work to talk about PFMLA for the situation I'm going through in my personal life.   AND THEN HR (which is run by this person who I'm not sure if you met him, but if you do you will realize is the most pathetic poor excuse for a man that God could have made) contacts a lawyer to send a cease and desist about a fuckin LinkedIn post!!!! HA Ha Ha Ha Ha!!!! Please, I would love for you to quote Law and tell me exactly what violation I did, I'll wait…… And after that we could have an actual serious discussion about the PAGES and PAGES of State and Federal Laws that EJP has violated throughout the years, including I would assume "aiding and abdding" (in multiple instances) see here is the thing when you have a bunch of little people running a company they have no business running and are only there because their grandfather started a company decades ago then the family split and went separate ways with the pathetic little rat section of the Prescott family retreating to Maine where they felt they could get away with the corruption they were so accustomed to in the Waterworks industry..

EJPathetic is a stain on this Great Country and what it represents. I will stop at nothing until every single violation of law I have uncovered so far they have committed is exposed. I will let judges decide the fate of the company, not some half-asses HR department that has a history of violations Equal Employment Opportunity Laws, like you know REAL violations (not a fuckin LinkedIn post). Steven Prescott has one opportunity to actually address these issues like a man and not avoid them like the little coward that he is and has proved for years when it comes to anything like this. The post I commented on was a post Paul shared about employee retention, I was offering my advice, with FACTS of how to attain employees, starting with addressing these issues cancer James Peterson.  But thankfully there are courts for that and my family has copious amounts of money and like I said, I will stop at nothing and pool all resources including the files from the private investigators I have on multiple people inside that company. My grandfather was undercover in the Winter Hill Gang before becoming the Head of the Mass State Police Organized Crime Unit and indicting Whitey. He retired and had a second success career as a PI and made A LOT of friends… I have legitimate PAGES on every single person I mentioned, they all have skeletons in their closet and they all have been continuing to act like pieces of shit since my wrongful termination on 11/6/24… If

nothing else pass the message along that it's too late for them to burn the files, they should have thought this through before terminating me, although they had no idea of my upcoming termination, James Peterson just did it on his own for fear of all this shit coming out, wellllp unfortunately for the company James is somehow even dumber than he looks

On Thu, Feb 27, 2025 at 5:20 PM Tim Beall <beallt1243@gmail.com> wrote:
> One more thing, I don't even use LinkedIn. Last time updated my page was when I started working at that Hell hole. I only went in there to reach out to Paul cus he's such a fuckin little pussy ass bitch that he wouldn't respond to my emails asking to have a conversation about my wrongful termination.. I CANNOT WAIT to have my day(s) in court with you people. I am going to use the Worcester Superior Court to completely DISMANTLE that entire company, WITH FACTS AND EVIDENCE mind you. I'll quote my lawyer "These big companies are hilarious man, I see it all the time. They think because they have money, some power, and have been around for a while it gives them this hilarious self confidence that they can do whatever they want and get away with it. Making them squeal like the swine they are give me utter satisfaction. Based off what you have told me and the evidence you have presented and history of crimes they committed, this should be an absolute field day."
>
> In this world there are winners and losers in every situation, I don't know you personally and I give everyone the benefit of the doubt, so I genuinely feel bad for you that you are in the losing side. I have Paul, Steven, EJP, and even James Peterson the benefit of the doubt over and over again.. Now they're all going to throw up uncontrollably when they start getting these summons. Thank you again for making my day, I look forward to meeting you, I'll be the guy using State and Federal Laws to absolutely dismantle a corrupt company, my lawyers (best in the area) will also have the opportunity to show you how Law is practiced..
> On Thu, Feb 27, 2025 at 3:46 PM Tim Beall <beallt1243@gmail.com> wrote:
>> "Fueled by Intergrity" Pfffft also laughable. If a single person at your firm had one single molecule of "integrity" you would look at the entire situation and not what Paul shared with you.  Like the fact he sent me copy and pasted sections of the old employee handbook as to why I wasn't getting my commission check that was coming days after my termination.. Wow, look up the definition of intergrity when you get a chance, LOL
>>
>> On Thu, Feb 27, 2025 at 3:42 PM Tim Beall <beallt1243@gmail.com> wrote:
>>> Wait wait wait wait wait!!! That LinkedIn post is what this is referring to !!!!!?!?!?!? BAHAHAHAHAHAHAHAHHAAHAH OH MY GOD!!!! You have to be joking right? This is going to be laughable in court.. you understand that you are replying to allegations of sexual harassment and direct racism in the work place to an employee who is in a biracial family, WITH A CEASE AND DESIST?????!?!?! Hahahahahah you practice law?? Like seriously actually practice law? Every single page in this story just reveals more and more pre how obviously it is written as a comedy (by a 3rd grader).  Thank you for this!! Thank you! I will go file my 7 lawsuits this week.  Oh my God THANK YOU, you absolutely made my day!!!
>>>
>>> WOW! It's like I'm playing Tee-ball (as a 35 year old, against children), let me say it again……WOW!
>>>
>>> On Thu, Feb 27, 2025 at 3:06 PM Tim Beall <beallt1243@gmail.com> wrote:
>>>> EJP is full of cowards and the scum of the Earth. If you had any backbone and stood by the LAW you would not represent them, I have faith justice will prevail and if not

on this Earth then God will sort it out when that time comes

On Thu, Feb 27, 2025 at 3:02 PM Tim Beall <beallt1243@gmail.com> wrote:
> Good afternoon,
>
> I will be following up to the email later, but just know that I was terminated from EJP by James Peterson for "attendance" while court ordered to BE IN COURT and had let James know this multiple times with no response and he even told someone that he just didn't want to reply to me. James has been sexually harassing Taylor and there will be a lawsuit regarding that aswell as several other. I have documented EVIDENCE of sexual harassment, racism ( a Burger King crown given for most racist comment of the day my wife and child are black) told James this and was laughed at. Also 680 days sober and James would refer to me as "Timmy Beers" I saw someone try to serve a summons to David Hirsch 4x for a wrongful death case. The responses by EJP are all documented and my lawyers are ready to hang them out to dry
>
> On Thu, Feb 27, 2025 at 2:54 PM Plourde, Rachel <RPlourde@littler.com> wrote:
>> Good afternoon,
>>
>> Attached on behalf of Melinda J. Caterine please find correspondence regarding the above-captioned matter.
>>
>> Regards,
>>
>> Rachel Plourde
>>
>> **Rachel Plourde**
>> Attorney Practice Coordinator
>> 207.699.1114 direct, 816.898.5577 mobile, 207.358.2603 fax
>> RPlourde@littler.com
>>
>> 
>>
>> Labor & Employment Law Solutions | Local Everywhere
>> 1 Monument Square, Suite 600, Portland, ME 04101
>>
>> -------------------------
>> This email may contain confidential and privileged material for the sole use of the

> intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.
>
> Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.