# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

Timothy J. Beall,

Defendant / Counter-Claimant

v.

Everett J. Prescott, Inc.,

Plaintiff / Counter-Defendant

Case No. 1:25-cv-00071-JAW

## EMERGENCY MOTION FOR SANCTIONS

NOW COMES Defendant Timothy J. Beall, pro se, and respectfully moves this Honorable Court to impose sanctions against counsel for Plaintiff, Everett J. Prescott, Inc., pursuant to Rule 11 of the Federal Rules of Civil Procedure and the Court's inherent authority to sanction bad-faith litigation conduct. In support, Defendant states the following:

1. On June 24–27, 2025, Defendant submitted several properly formatted filings and evidence to the Court, addressing ongoing retaliation, abusive legal conduct, and improper venue.

2. In direct response, Plaintiff's counsel filed a Motion to Strike, attempting to erase Defendant's legally admissible filings rather than respond in good faith. Said motion lacked substantive rebuttal and was instead designed to chill speech, delay proceedings, and suppress evidentiary material.

3. On June 26, 2025, Defendant filed evidence showing that a falsified name ('Scott Prescott') was used in a prior state criminal complaint, directly contradicting prior statements made to this Court and Defendant. That complaint, issued in March 2025, appears retaliatory and misrepresents the identity of Everett J. Prescott, Inc.'s CEO (Steven Prescott), raising serious legal and ethical questions.

4. The use of false information in official proceedings constitutes a clear violation of Rule 11(b), which prohibits presenting pleadings for an improper purpose and making false factual contentions.

5. Plaintiff's continued efforts to overwhelm a pro se litigant with procedural gamesmanship, identity confusion, and retaliatory filings represent a pattern of bad-faith litigation, not isolated incidents.

6. The harm to Defendant has been extensive, including but not limited to: loss of access to his child, homelessness, severe emotional distress, and reputational damage—all while defending himself without counsel against a fully resourced corporate entity and national law firm.

7. These tactics have burdened not only Defendant but also this Court, by prolonging litigation, obscuring truth, and undermining the integrity of these proceedings.

WHEREFORE, Defendant respectfully requests this Honorable Court:

(a) Impose monetary sanctions against Plaintiff's counsel for filing a Motion to Strike in bad faith and for misrepresentations regarding identity and prior filings;

(b) Strike the Motion to Strike as procedurally improper and retaliatory;

(c) Grant such further relief as the Court deems just and appropriate to deter future misconduct and restore integrity to these proceedings.

Respectfully submitted,

/s/ Timothy J. Beall

Timothy J. Beall, Pro Se

Filed on June 27, 2025 at 08:34 AM