UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| EVERETT J. PRESCOTT, INC., et al. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1:25-cv-00071-JAW |
| TIMOTHY J. BEALL, | ) ) ) | |
| Defendant. | ) | |

**ORDER ON POTENTIAL HEARING DATES ON MOTIONS FOR CIVIL CONTEMPT**

On October 10, 2025, the Court ordered counsel for the Plaintiffs and Timothy J. Beall to inform the Court about the potential length of the contemplated hearing on the pending motions to hold Mr. Beall in civil contempt and about their availability in the months of October and November. *Order* (ECF No. 233). Both Plaintiffs' counsel and Mr. Beall responded. *Pls.' Status Report Regarding Civil Contempt Evid. Hr'g* (ECF No. 234); *Def.'s Status Report Regarding Civil Contempt Evid. Hr'g* (ECF No. 235). Comparing the Court's availability with the availability of counsel for the Plaintiffs and Mr. Beall's availability, there are no dates in October or November where the Court and the parties will be available for an evidentiary hearing.

The Court therefore turns to the first week of December 2025. The Court is available on December 1, December 2, December 4, and December 5, 2025. The Court ORDERS counsel for the Plaintiffs and Mr. Beall to respond no later than the end of

this week, October 17, 2025 as to their availability for a hearing on one of these days during the first week of December.

    SO ORDERED.

                                        <u>/s/ John A. Woodcock, Jr.</u>
                                        JOHN A. WOODCOCK, JR.
                                        UNITED STATES DISTRICT JUDGE

Dated this 15th day of October, 2025