UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| EVERETT J. PRESCOTT, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:25-cv-00071-JAW |
| TIMOTHY J. BEALL, | ) ) | |
| Defendant. | ) | |

### ORDER ON LOCAL RULE 56(h) CONFERENCE

On March 20, 2026, the Court held a Local Rule 56(h) pre-filing conference, which was attended by Attorney Steven J. Silver on behalf of the Plaintiffs and by Timothy J. Beall, pro se.  The Court set the following schedule for the submission of the proposed motions for summary judgment and associated filings:

1) April 17, 2026: due date for motions for summary judgment and statements of material fact;

2) May 8, 2026: due date for oppositions to motions for summary judgment, responses and objections to movants' respective statements of material fact, and statements of additional material facts;

3) May 22, 2026: due date for replies to oppositions to motions for summary judgment, and responses and objections to non-movants' respective statements of additional material fact.

This order is subject to revision depending on the Plaintiffs' response to the Court's suggestion that the parties forego a dispositive motion and proceed to trial. The Plaintiff is to respond by Wednesday, March 25, 2026.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 20th day of March, 2026