**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| EVERETT J. PRESCOTT, INC.,<br>Plaintiff,<br>v.<br>TIMOTHY J. BEALL,<br>Defendant. | **Civil Action No. 1:25-cv-00071-JAW**<br><br>**DEFENDANT'S SUPPLEMENTAL NOTICE OF FILING EXHIBITS A-C IN SUPPORT OF EMERGENCY MOTION** |

Defendant Timothy J. Beall respectfully submits Exhibits A through C in support of his recently filed Emergency Motion for Status Conference, Case-Management Protocol, and Alternative Remote Appearance. The exhibits were cited in the motion but were inadvertently omitted from the original electronic submission.

The attached materials are not offered as new argument. They are the state-court documents on which the motion expressly relies and are supplied to complete the record: Exhibit A is the September 8, 2025 Order for Protection from Harassment; Exhibit B is Plaintiff Steven Silver's July 23, 2026 Motion to Extend Order for Protection; and Exhibit C is the September 14, 2026 hearing notice and interim extension order.

Defendant respectfully requests that the Court accept Exhibits A through C as supplements to the pending emergency motion.

Dated: August 18, 2026

Respectfully submitted,

/s/ Timothy J. Beall
Timothy J. Beall, Defendant pro se
42 Woodway Drive
Shrewsbury, MA 01545
beallt1243@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2026, I filed the foregoing through the Court's CM/ECF system, which will transmit notice to all counsel of record. To the extent additional service is required, I served the filing by the method authorized by the applicable court orders.

/s/ Timothy J. Beall

# EXHIBIT A

September 8, 2025 Order for Protection from Harassment

*3 pages*

DISTRICT COURT
Location (Town): PORTLAND
Docket No.: PORDC-PA-2025-00669

MAINE JUDICIAL BRANCH

STEVEN SILVER
V.
TIMOTHY J BEALL

**ORDER FOR PROTECTION FROM HARASSMENT**
5 M.R.S. § 4655
☐ Amended: ☐ By Agreement ☑ After Hearing

**PLEASE NOTE:** The 3-digit code listed to the left of the condition(s) below are for internal use only and can be ignored.

The Plaintiff's request for protection is:
☑ granted as to all plaintiff(s); or
☐ granted in part and denied in part as follows:
granted as to (*list each protected plaintiff*): ____
denied as to: ____

After due notice and
☐ opportunity for full hearing
☑ full hearing on the merits of the complaint for protection from harassment, the following parties being present:
☑ plaintiff
☑ defendant.

**THE COURT FINDS AS FOLLOWS:** *(only checked boxes apply)*

[322] ☑ (1) The defendant(s) harassed the plaintiff(s);

[323] ☐ (2) The parties have agreed to the following Order, which is made without findings of harassment.

**THEREFORE, it is hereby ORDERED AS FOLLOWS:** *(only checked boxes apply)*
***If the plaintiff is a business that has any employees, the term "plaintiff" below includes those employees.***

[324] ☑ (A) The defendant is prohibited from harassing, threatening, assaulting, molesting, attacking, or otherwise abusing the plaintiff and, if applicable, the plaintiff's employees.

[325] ☑ (B) The defendant is prohibited from going upon the premises of the plaintiff's residence or property.

[326] ☑ (C) The defendant is restrained from interfering with or destroying plaintiff's property.

[327] ☑ (D) The defendant is restrained from, repeatedly and without reasonable cause, following the plaintiff.

[328] ☑ (E) The defendant is restrained from, repeatedly and without reasonable cause, being at or in the vicinity of the plaintiff's home, school business, or place of employment, except as follows:
See Par F

[329] ☑ (F) The defendant is prohibited from having any contact, direct or indirect, with the plaintiff, except as follows: for pre-scheduled meetings at a law office,
At a courthouse,
Through court filings, email for purposes of transmitting court filings. Defendant is prohibited from posting on social media about plaintiff.

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation, contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

DISTRICT COURT
Location (Town): PORTLAND
Docket No.: PORDC-PA-2025-00669

MAINE JUDICIAL BRANCH

[330] ☐ (G) With respect to private images as described in 17-A M.R.S. § 511-A, the defendant must pay costs associated with removal, destruction, or return of private images and/or do as follows: ________________

[331] ☐ (H) The defendant is prohibited from destroying, transferring, or tampering with the plaintiff's passport or any other immigration document in the defendant's possession.

[333] ☐ See the attached additional sheet(s), which are incorporated herein by reference.

**WARNING: Violation of an Order contained in paragraphs (A) through (H) above is a Class D crime and may also be contempt of court.**

**It is further ORDERED AS FOLLOWS:** *(only checked boxes apply)*

☐ (I) The defendant must remove, destroy, or return or direct the removal, destruction, or return of private images, must cease the dissemination of private images, and is prohibited from any future dissemination of the private images.

☐ (J) It is further ORDERED: ________________

☐ See the attached additional sheet(s), which are incorporated herein by reference.

**WARNING: Violation of paragraphs (I) and (J) above is contempt of court.**

**MONEY JUDGMENT ORDERS:** *(only checked boxes apply)*

☐ The defendant is ordered to pay to the plaintiff the sum of $________ forthwith, as monetary compensation for the losses suffered as a direct result of the harassment, execution to issue.

☐ The ☐ defendant ☐ plaintiff is ordered to pay to ________ the sum of $________ as counsel fees; the sum of $________ as court costs. Payment is to be made within________ days, execution to issue.

☐ The defendant is ordered to pay to ________ the sum of $ ________ as costs associated with removal, destruction or return of the private images.

**WARNING: Failure to pay the money judgment orders may be contempt of court and is enforceable as any other civil judgment.**

**As long as this Order is in effect, you must obey it. No one, including the plaintiff, can give you permission to violate the provisions of this Order.**

These orders are effective forthwith and shall remain in full force and effect until *(mm/dd/yyyy)* 9/8/2026, unless earlier modified or vacated by order of the court.

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation, contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

PA-011, Rev. 04/24
Order for Protection from Harassment
Page 2 of 3
www.courts.maine.gov
PORDC-PA-2025-00669

DISTRICT COURT
Location (Town): PORTLAND
Docket No.: PORDC-PA-2025-00669

MAINE JUDICIAL BRANCH

Copies of this order shall be furnished by the clerk to the law enforcement agency with jurisdiction in the location of the plaintiff's residence. It is **ORDERED** that a copy of this Order be served in hand on the defendant by (*law enforcement agency*) ______________________, or other authorized law enforcement agency.

This Order is incorporated into the docket by reference pursuant to M.R. Civ. P. 79(a).

Date (*mm/dd/yyyy*): 9/8/25

X [signature]
Judge, District Court

A true copy, attest: ______________________
Clerk

**RETURN OF SERVICE**

On (*mm/dd/yyyy*) 09-08-2025, at 2:23 ☐ AM ☒ PM, I made service of the Order for Protection from Harassment by delivering a copy in hand to the defendant at Cumberland County Clerk's Office 205 Newbury Street, Ground Floor Portland, ME 04101.

Defendant's date of birth (*mm/dd/yyyy*): ______________________

Date (*mm/dd/yyyy*): 09/08/2025

X [signature]
Authorized Officer signature

Judicial Marshal
Law Enforcement Agency

Justin Jarvis
Authorized Officer printed name

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation, contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

PA-011, Rev. 04/24
Order for Protection from Harassment

Page 3 of 3

www.courts.maine.gov
PORDC-PA-2025-00669

# EXHIBIT B

July 23, 2026 Plaintiff Silver's Motion to Extend Order for Protection

*4 pages*

DEFENDANT'S COPY

MAINE JUDICIAL BRANCH

STEVEN SILVER Plaintiff
☐ Individually and on behalf of:

☐ on behalf of:

v.

TIMOTHY J. BEALL Defendant
☐ on behalf of:

DISTRICT COURT
Location (Town): PORTLAND
Docket No.: PORDC-PA-2025-00669

## PLAINTIFF'S MOTION TO EXTEND ORDER FOR PROTECTION

☐ **With request for modification of extended order**

19-A M.R.S. § 4111, 5 M.R.S. § 4655(2)

**PLEASE NOTE: You must file form PA-027 if you are filing this electronically. Failure to do so will result in rejection of the Motion.**

1. I obtained an Order for Protection against the defendant from this court.
   ☒ That Order has not expired and will expire on *(mm/dd/yyyy)* 09/08/2026.
   or
   ☐ The Order expired on *(mm/dd/yyyy)* ______. I did not file this motion before the Order for Protection expired because:

   *(If your motion is filed after the Order of Protection expired, the court may extend your order only if the court finds that there was good cause for filing the motion after the order's expiration and that the motion was filed within a reasonable amount of time.)*

2. I believe that an extension of the Order for Protection is necessary to protect me and/or my minor child(ren) for the following reasons:
   Mr. Beall continues to harass me and has violated this Court's Order for Protection over a dozen times in the past year. He currently has two open warrants for his arrest for violations of the existing Order. His violations include calling me directly, sending dozens of harassing and threatening emails, posting about me on social media, using AI to generate mocking and derogatory images of me, and contacting my bosses

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation, contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
Lan[...]vices: For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

[...]09/25 Page 1 of 4 www.courts.maine.gov
[...]tion to Extend Order for Protection

DEFENDANT'S COPY

MAINE JUDICIAL BRANCH

to try to get me fired from my job. Mr. Beall's continued obsession with me is terrifying. He clearly suffers from severe mental illness and his continued stalking, harassment, and threats has me in fear for my safety, the safety of my family, and the safety of my coworkers.

**THEREFORE, I ask the court to:**

(a) Extend my Order for Protection against the defendant for (*length of extension requested*): At least another year if not two years.

(b) ☐ I also request that my extended Order for Protection be changed or modified as follows:

(c) If a hearing on this motion cannot be held before the Order for Protection expires, I ask the court to continue the Order in effect until the hearing on this motion to extend.

☒ I swear under penalty of perjury that the above statements are true and correct. I understand that these statements are made for use as evidence in court and that I am subject to prosecution for perjury punishable by up to 5 years in prison and a fine of up to $5,000.00 if I give false information to the court.

Date (*mm/dd/yyyy*): 07/23/2026 ▶ Steven Silver
Signature of Plaintiff

**PLEASE NOTE: If you are not filing this motion electronically, you must have a clerk or notary sign below.** If you are filing this complaint electronically, you may file it without notarization as long as you checked off the above certification and signed this document.

**STATE OF MAINE**

COUNTY ________________

Personally appeared the above named, ________________________, and made oath that the foregoing statements are true under penalty of perjury.

Date (*mm/dd/yyyy*): __________ ▶ ____________________
☐ Clerk ☐ Notary Public ☐ Attorney

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation, contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

PA-013, Rev. 09/25
Plaintiff's Motion to Extend Order for Protection
Page 2 of 4
www.courts.maine.gov

DEFENDANT'S COPY

MAINE JUDICIAL BRANCH

**NOTICE OF HEARING**

The parties are notified that the hearing in this matter is set for *(mm/dd/yyyy)* 9/14/26 at 9:00 ☑ AM ☐ PM at the court located at: Cumberland County Clerk's Office, 205 Newbury Street, Ground Floor, Portland, ME 04101

**IMPORTANT WARNING: If you fail to appear at court at the above stated time, or at any time the court notifies you to do so, the court may extend the Order for Protection in your absence.** The court may grant any or all the relief requested by the plaintiff. A violation of a protection order may constitute a Class D crime or contempt of court. If you intend to oppose this motion to extend, do not fail to appear at the required time. You may obtain a booklet of information about protection from abuse/harassment cases from the court or on the court's website.

**EX PARTE ORDER EXTENDING ORDER FOR PROTECTION**

☑ Plaintiff filed the motion to extend **before** expiration of the underlying Order for Protection.

☑ The hearing on the motion to extend is scheduled **after the expiration** of the underlying Order for Protection. The court hereby extends the Order for Protection until the hearing on the motion to extend; or

☐ The hearing on the motion to extend is scheduled **before the expiration** of the underlying Order for Protection. If the court reschedules the hearing to a date after the expiration of the Order for Protection, the Order will automatically be extended until the hearing on the motion to extend.

OR

☐ Plaintiff filed the motion to extend **after** expiration of the underlying Order for Protection.

☐ The court hereby reinstates the expired Order for Protection until a hearing on the motion to extend because the Court finds, pursuant to 19-A M.R.S. § 4111(1-A), that: (1) the plaintiff has shown good cause for filing the motion to extend after expiration of the Order for Protection, and (2) the motion to extend was filed within a reasonable amount of time based upon the underlying circumstances; or

☐ The court does not reinstate the expired Order for Protection because the plaintiff has not shown that the requirements of 19-A M.R.S. § 4111(1-A) have been met.

Please note that if the Order for Protection is reinstated or extended until the hearing on the motion to extend, violation of the Order may be a Class D crime only if the defendant has prior actual notice of the extension.

Copies of this Order shall be furnished by the clerk to the law enforcement agency with jurisdiction in the location of the plaintiff's residence.

It is ORDERED that a copy of this Order be served on the defendant by: any authorized agency
*(law enforcement agency)*

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation, contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

www.courts.maine.gov

Page 3 of 4

PA-013, Rev. 09/25
Plaintiff's Motion to Extend Order for Protection



DEFENDANT'S COPY

MAINE JUDICIAL BRANCH

Date (*mm/dd/yyyy*): 7/23/26 ▶ Judge, District Court
Hon. Peter Darvin

RETURN OF SERVICE

On (*mm/dd/yyyy*) ______________ at ________ ☐ AM ☐ PM, I made service of the Motion to Extend Order for Protection/Order of Extension by delivering a copy in hand to the defendant at:

______________________________________________

______________________________________________

Defendant's date of birth (*mm/dd/yyyy*): ______________

Date (*mm/dd/yyyy*): ______________ ▶ ______________________
Authorized Officer signature

______________________
Authorized Officer printed name

______________________
Law Enforcement Agency

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation, contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

PA-013, Rev. 09/25
Plaintiff's Motion to Extend Order for Protection

Page 4 of 4

www.courts.maine.gov

# EXHIBIT C

September 14, 2026 Hearing Notice and Interim Extension Order

*2 pages*



DEFENDANT'S COPY

MAINE JUDICIAL BRANCH

NOTICE OF HEARING

The parties are notified that the hearing in this matter is set for (mm/dd/yyyy) 9/14/26 at 9:00 ☑ AM ☐ PM at the court located at: Cumberland County Clerk's Office 205 Newbury Street, Ground Floor Portland, ME 04101.

**IMPORTANT WARNING: If you fail to appear at court at the above stated time, or at any time the court notifies you to do so, the court may extend the Order for Protection in your absence.** The court may grant any or all the relief requested by the plaintiff. A violation of a protection order may constitute a Class D crime or contempt of court. If you intend to oppose this motion to extend, do not fail to appear at the required time. You may obtain a booklet of information about protection from abuse/harassment cases from the court or on the court's website.

**EX PARTE ORDER EXTENDING ORDER FOR PROTECTION**

☑ Plaintiff filed the motion to extend **before** expiration of the underlying Order for Protection.

☑ The hearing on the motion to extend is scheduled **after the expiration** of the underlying Order for Protection. The court hereby extends the Order for Protection until the hearing on the motion to extend; or

☐ The hearing on the motion to extend is scheduled **before the expiration** of the underlying Order for Protection. If the court reschedules the hearing to a date after the expiration of the Order for Protection, the Order will automatically be extended until the hearing on the motion to extend.

OR

☐ Plaintiff filed the motion to extend **after** expiration of the underlying Order for Protection.

☐ The court hereby reinstates the expired Order for Protection until a hearing on the motion to extend because the Court finds, pursuant to 19-A M.R.S. § 4111(1-A), that: (1) the plaintiff has shown good cause for filing the motion to extend after expiration of the Order for Protection, and (2) the motion to extend was filed within a reasonable amount of time based upon the underlying circumstances; or

☐ The court does not reinstate the expired Order for Protection because the plaintiff has not shown that the requirements of 19-A M.R.S. § 4111(1-A) have been met.

Please note that if the Order for Protection is reinstated or extended until the hearing on the motion to extend, violation of the Order may be a Class D crime only if the defendant has prior actual notice of the extension.

Copies of this Order shall be furnished by the clerk to the law enforcement agency with jurisdiction in the location of the plaintiff's residence.

It is ORDERED that a copy of this Order be served on the defendant by: any authorized agency
(law enforcement agency)

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation, contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

www.courts.maine.gov

Page 3 of 4

PA-013, Rev. 09/25
Plaintiff's Motion to Extend Order for Protection

DEFENDANT'S COPY

MAINE JUDICIAL BRANCH

Date (*mm/dd/yyyy*): 7/23/26 ▶ ____________________
Judge, District Court
Hon. Peter Darvin

**RETURN OF SERVICE**

On (*mm/dd/yyyy*) ______________ at ________ ☐ AM ☐ PM, I made service of the Motion to Extend Order for Protection/Order of Extension by delivering a copy in hand to the defendant at:

______________________________________________

______________________________________________

Defendant's date of birth (*mm/dd/yyyy*): ______________

Date (*mm/dd/yyyy*): ______________ ▶ ____________________
Authorized Officer signature

____________________
Authorized Officer printed name

____________________
Law Enforcement Agency

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation, contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.