UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| EVERETT J. PRESCOTT, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY J. BEALL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:25-cv-00071-JAW |

**ORDER REGARDING TRIAL SUBPOENAS**

During the Final Pretrial Conference on September 2, 2026, Timothy J. Beall asked whether the setting of the trial in Bangor would affect his ability to subpoena witnesses. The Court answered that it would not. The Court was thinking of the provision of Federal Rule of Civil Procedure 45 that allows a party to compel the attendance at trial of a party or a party's officer, not third party witnesses. The applicable text of Federal Rule of Civil Procedure 45 reads:

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

Based on the provisions of Federal Rule of Civil Procedure 45(c), if the case is tried in Bangor as opposed to Portland, this will affect the parties' right to subpoena witnesses at trial who are not a party or a party's officers since 100 miles from Portland is not the same as 100 miles from Bangor.

As the parties may have relied on the Court's incomplete statement in assenting to trial in Bangor, the Court will give the parties an opportunity to object to the scheduling of trial in Bangor. If the parties do not object, the case will proceed as scheduled. If the parties object, the Court will direct the Clerk's Office to communicate with the parties as to when the case can be scheduled in Portland. Unfortunately, given the limitations of courtroom space in Portland during the courthouse construction, it may delay trial, if the parties prefer Portland as opposed to Bangor as the place of trial. The Court ORDERS the parties to respond to this Order within seven days of the date of the Order.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of September, 2026